UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAYONA CRENSHAW,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,<br><br>Defendant. | CASE NO. 3:26-cv-05170-TL<br><br>ORDER ON MOTION FOR EXEMPTION FROM PAYMENT OF PACER FEES |

The matter is before the Court on Plaintiff's Motion for Exemption from Payment of Pacer Fees. Dkt. No. 12. Having reviewed the motion and the relevant record, the Court DENIES the motion.

Plaintiff appears pro se (without an attorney) and has been granted leave to proceed *in forma pauperis*. Dkt. No. 5. Plaintiff states that "[d]ue to personal financial limitations, the standard PACER fee schedule creates an unreasonable financial burden. Dkt. No. 12 at 1.

"The PACER System acts as a portal to information stored on the Court's Case Management/Electronic Case Files ('CM/ECF') system." *Nelson v. Sorrento Tower Apts.*, No. C21-1554, 2023 WL 3061843, at *1 (S.D. Cal. Apr. 24, 2023). "Exemptions from PACER user fees are uncommon," and "[i]n forma pauperis status alone does not support a request to waive PACER fees." *Katumbusi v. Gary*, No. C14-1534, 2014 WL 5698816, at *4 (E.D. Cal. Oct. 30, 2014). This is because the Electronic Public Access Fee Schedule already has measures in place to ensure costs are reasonable. "Through CM/ECF, all parties and attorneys of record receive one free electronic copy of all documents filed electronically." *Nelson*, 2023 WL 3061843, at *1. If a party is not registered with the court's CM/ECF system, they will receive a copy of all orders and filed documents via mail. *See Katumbusi*, 2014 WL 5698816, at *4. As Plaintiff is registered with the CM/ECF system, she will receive a free copy of every document on the docket in this matter. Further, the fee to access documents through PACER is $0.10 per page retrieved, with the charge for any single document limited to a modest $3.00. *See id.*

In light of the reasonable access provided by the current PACER and Court procedures, Plaintiff has not justified the waiver of PACER fees at this time. *See, e.g.*, *Katumbusi*, 2014 WL 5698816, at *4 (denying motion to waive PACER fees based solely on in forma pauperis status); *Nelson*, 2023 WL 3061843, at *1 (denying motion to waive PACER fees); *Straw v. Avvo, Inc.*, No. C20-294, 2020 WL 1182932, at *1 (W.D. Wash. Mar. 11, 2020) (same).

Accordingly, Plaintiff's motion is DENIED.

Dated this 10th day of September 2026.

Tana Lin
United States District Judge